UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 3:21-cr-05366-DGE |
|---|---|
| Plaintiff | |
| v. | LETTERS |
| NICHOLAS J. MARSHALL, | |
| Defendant | |

Please see attached character letters for filing in the above matter.

DATED this 25th day of March, 2022.

By: ___/s/_____
Lisa Daniels

LETTERS
Page 1 of 1



1201 Pacific Avenue, Suite 1503
Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957



Joel Beattie
11316 36th St. E Edgewood, WA 98372
March 11, 2022,


Greetings,

My name is Joel Beattie.  My wife and I own and operate a successful roofing company, Chase Construction North West, Inc., in the state of Washington.  I am a Bassist and Baptist at New Horizons Church in Washington and a board member on the charity Sephardi Jews of Uganda Assistance.  I am writing on behalf of my employee, Nicholas Marshall.

Nicholas was my Customer Service Representative between March and December of 2021, and he was an invaluable asset to my company.  He treated all coworkers respectfully, brought joy to the office, and performed his duties to a high standard.  We look forward to his return as soon as possible.

In June of 2021, Nicholas began attending New Horizons Church as well as a men's prayer group shortly after.  In October of 2021, he was baptized.  Over this time, I have witnessed Nicholas diligently improve himself and the lives of those around him.   I believe the regret he feels for what he did wrong has deeply impacted him.  He has impressed me greatly, and he has the support of many at his work and church.

Respectfully,


*[signature]*

Joel Beattie
Sales
CHASE CONSTRUCTION NORTH WEST, INC.
O: 253-445-8950 | M: 253-229-3792



Date: March 14, 2022

To Whom It May Concern

Re: Nick Marshall

Greetings,

I'm writing as Senior Pastor of New Horizon Church, a church I've led for 30 years. I've known Nick Marshall for one year in my role as pastor. He was brought to the church as a newcomer by his employer, Chase Construction NW – owner Joel Beattie. From day one I've been impressed by his humility and desire to become a mature and responsible young man. I have three sons, Nick's age and a bit older, and I know what a blessing it is when young men turn their hearts toward wisdom. I can confidently say that Nick has done that. He committed to follow Christ last year and was baptized in water at Easter. He's been a blessing at the church in many ways, as well, volunteering to help and support work that blesses others.

I understand that Nick engaged in some foolish activity prior to this period, but several factors played into that behavior, factors I believe are behind him, as we've observed his life over this past year. I truly think that forgiveness and mercy are in order in Nick's situation. I told my four children as they grew up, the discipline or punishment they received due to harmful behavior was not the goal of any correction. The goal was the change of their heart toward truth, wisdom, and kindness toward others. If they repented and changed their heart, they could avert most, if not all, the punishment they deserved.

I pray your court would consider a similar approach as you consider Nick and his future. Nick is a young man with a bright hope before him to contribute to society and make others better. He has a community around him (in addition to his parents) who will guide him and support him in a life of good behavior.

I've been a pastor for forty years. I've ministered to thousands of people and families. I would not write this letter if I didn't believe it to be true. Nick's heart is in the right place.

Sincerely,

Pastor Dwain Wolfe

**Phone** 253-922-1502 / **Fax** 253-926-6831
**Address**: 5600 Valley Ave E, Fife, WA 98424
**Website**: www.newhc.org / **Email**: office@newhc.org

Stephen Flowers

380 Farmway Dr. SE Cleveland, TN 37323

March 11, 2022

Re: Nicholas Marshall

To whom it may concern,

My name is Stephen Flowers.  I reside in the state of Tennessee and am Content Marketer for Chase Construction North West in the state of Washington.  I am writing on the behalf of a coworker and friend, Nicholas Marshall.

Between March and December of 2021, I was the Office Administrator of Chase Construction North West, and Nicholas worked directly under me.   He took his job seriously and treated both customers and coworkers with the utmost respect.  As I got to know him, I recognized he has a valuable and rare character trait: the ability to act on good guidance.

Nicholas was so receptive to guidance that many times he changed his actions based on advice he had been given, even when it was unrelated to his job.  Because of this, he improved his life remarkably over the months, from exercise and diet to spirituality and relationships.  I believe he cherishes learning from others.

Nicholas expressed to me a great deal of remorse for the wrong he did in the past.  The ways in which he has transformed himself since then are indicative that he truly feels that remorse.  I believe that Nicholas has a bright future and the world will be a better place with him in it.

Respectfully,

Stephen Flowers

*Stephen Flowers*