UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NICHOLAS J. MARSHALL,<br><br>Defendant | No. 3:21-cr-05366-DGE<br><br>DEFENDANT STATEMENT |

Please see attached statement for filing in the above matter.

DATED this 25th day of March, 2022.

By: ___/s/_____
Lisa Daniels

DEFENDANT STATEMENT
Page 1 of 1



1201 Pacific Avenue, Suite 1503
Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957

I know now what I did was wrong - a little part of me knew it at the time, too. The actions I took were mine and mine alone, and I will forever live with that knowledge. I was, at the time, more afraid of getting caught by my parents. I didn't understand the gravity of it, the computer screen made it feel like they weren't real people being affected by what I was doing. My only thought was "My parents are going to be mad".

I hate the person I was. I stay up at night thinking about the people I hurt, and the fact that I alone tore my family apart. I don't know how much my autism had to do with my actions; but I do know that ever since I was a kid, I was told my brain develops more slowly. I never got along with kids my own age, even when sent to a therapeutic school for Autistic and Special needs kids, I only had one real friend in probably the better part of a decade.

What I do know is that I am better now.

My original arrest was September 10th, 2019. I was released of my own recognizance on September 11th, 2019. I was not taken back into custody until January 5th, 2022. I had more than 2 years to grow and become the man I am today without correctional assistance or intervention. I sought counseling, and got better. The biggest catalyst to my growth was meeting my new employer, who knows what I did and continues to employ me. He took me to his church, became a second father to me, and his entire family treats me in kind.

Originally, my remorse was due to going to prison - then I began to reflect on what I did and it makes me sick. The people I hurt, I want nothing more than to apologize to them. I pray for them every night.

    I am sorry.

Saying it feels like the right thing to do, but it feels so small. So insignificant. If I could make this right or undo what I did, I would. In a heartbeat. I'm sorry. To anyone I've hurt, please know that I am sorry.

I do feel as though I need to explain who I am, who I have become these past two years spent on pretrial release.

To start, I am a new Christian, baptized by my employer at our church, New Horizon Christian Center, on October 10, 2021. I go to church on Sunday, men's prayer group on Tuesday, and men's prayer

through my work every Saturday with near a dozen others.

I am a hard worker, infinitely loyal to my workplace, as they have stuck with me through this process.
I am family oriented, spending as much time as I can with my parents. I drop almost everything when I hear that my cousins are going to be in town. I've seen tears in my dad's eyes only one time; the last time he hugged me before walking into the courtroom. I still hear the voice my mom used when she said "I don't want to do this" and cried while we were packing some things in my house.
When I was young, and even until recently, I didn't know how to talk to girls. My employer's son, Chase, gave me advice, taught and helped me. Became like an older brother, even though we graduated in the same class. Now, I have a girlfriend, Kyeisha, who wants to be with me through my prison sentence.

I want to educate myself while I'm in here, to better myself and be more useful to my employer. I want to better myself, physically and spiritually.
In the long term, I want to start a family. Take a wife and have kids. Take them to church, give grandchildren to my parents. Volunteer at my church more than I already was.

Be a better man.

Please consider that I had 2 years of opportunities to reoffend, and never did. I am better. Anyone who knows me would tell you. This is a punishment for who I was, not who I am. As of now, I will serve 87 months in State custody. The minimum allowed for my charges. The State judge saw fit to disregard the plea deal and give me the minimum in light of my presentence interview. I do deserve to be punished for who, and what, I was. After this, I will never be in trouble again. I will spend my life doing right.
I am a good man now. You are not punishing the same person who committed these crimes, for he is long dead. Thank you for your consideration, your honor. God bless. "Do not remember me for the rebellious sins of my youth, remember me in the light of your unfailing love, for you are merciful." Psalm 25:7      Respectfully, Nicholas James Marshall